IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PETER EDWARD FORJOHN, JR. | : | CIVIL ACTION |
| | : | |
| | : | |
| KILOLO KIJAKAZI, | : | |
| Acting Commissioner of the Social | : | |
| Security Administration, | : | NO.  22-4673 |

## ORDER

**AND NOW**, this 22ⁿᵈ day of May 2023, for the reasons contained in the court's Memorandum of today, it is hereby **ORDERED** that Plaintiff's request for review (Document No. 1o) is **GRANTED**, as follows:

1. The case is **REMANDED** to the Commissioner, pursuant to sentence four of 42 U.S.C. § 405(g).

2. Upon remand, the ALJ shall: (a) explicitly acknowledge that there is abundant evidence in the record that is consistent with Plaintiff's testimony about the extent of his limitations and reconsider whether, in light of that evidentiary support, Plaintiff's residual functional capacity ("RFC") must be reassessed; and (b) accurately consider the little daily activities Plaintiff performs and reconsider whether this evidence ought to result in a different RFC.

**BY THE COURT**:

　　　_/s/ Carol Sandra Moore Wells_____
CAROL SANDRA MOORE WELLS
United States Magistrate Judge